AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

In the Matter of the Search of
U. S. Postal Service Priority Mail Padded Flat Rate Envelope bearing label no 9205 5903 2790 8756 5708 83 addressed to Nay 233 Trent Dr Akron Ohio 44312, bearing a return address Emerald Design Studio 15442 Newport Ave Tustin CA 92780.

Case No. 1:26-mj-3203-RJS

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of Ohio, Eastern Division *(identify the person or describe the property to be searched and give its location)*:

U. S. Postal Service Priority Mail Padded Flat Rate Envelope bearing label no 9205 5903 2790 8756 5708 83 addressed to Nay 233 Trent Dr Akron Ohio 44312, bearing a return address Emerald Design Studio 15442 Newport Ave Tustin CA 92780.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1).

**YOU ARE COMMANDED** to execute this warrant on or before ____________ *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to James E. Grimes JR. .

*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ____________ .

Date and time issued: 10/9/26, 12:43pm

*Judge's signature*

City and state: CLEVELAND, OHIO

Reuben J. Sheperd .
US MAGISTRATE

*Printed name*

**Return**

| Case No.: 1:26-mj-3203-RJS | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: ______________________

______________________________
*Executing officer's signature*

Christopher Carney , US Postal Inspector TFO
______________________________
*Printed name and title*